## STATE OF CONNECTICUT *v.* BOBBY GENE SALTER
## (14806)

Dupont, C. J., and Schaller and Spear, Js.

Argued December 13, 1995—decision released January 23, 1996

*Michael J. Melly,* for the appellant (defendant).

*Susann E. Gill,* assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney,

and *Gerard P. Eisenman,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.